**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MING WEI,                                    : No. 848 MAL 2015
                                             :
              Petitioner                     :
                                             :
                                             : Petition for Allowance of Appeal from
                                             : the Order of the Commonwealth Court
       v.                                    :
                                             :
                                             :
STATE CIVIL SERVICE COMMISSION               :
(DEPARTMENT OF HEALTH),                       :
                                             :
              Respondent                     :

**ORDER**

**PER CURIAM**

       **AND NOW**, this 15th day of March, 2016, the Petition for Allowance of Appeal is

**DENIED**.

       Justice Eakin did not participate in the decision of this matter.